UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA WOODSON,

                Plaintiff,

      v.

FULLBEAUTY BRANDS, *et al.*,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

21-CV-2912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff initially filed this action in the District of New Jersey on August 21, 2020. Dkt. 1. Summons was issued on August 25, Dkt. 2, but it appears that Plaintiff never served process on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, and in light of the recent transfer of this action from the District of New Jersey to the Southern District of New York, it is hereby ORDERED that Plaintiff serve process on Defendants no later than June 11, 2021. Pursuant to Federal Rule of Civil Procedure 4(1), Plaintiff must make proof of service to the Court. Defendants shall file their answer no later than 21 days after being served. Fed. R. Civ. P. 12(a)(1)(A)(i).

SO ORDERED.

Dated:    April 12, 2021
             New York, New York

                                                           RONNIE ABRAMS
                                                            United States District Judge