UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: 10/18/21 |

Patricia Woodson,

            Plaintiff,

    v.

Fullbeauty Brands, *et al.*,

            Defendants.

No. 21-CV-2912 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    An initial pretrial conference is scheduled for Friday, October 22, 2021 at 3:00 p.m. Pursuant to this Court's order dated August 16, 2021, the parties were required to submit a joint letter and proposed case management plan by October 15, 2021. Dkt. 32. Because the parties are engaged in ongoing mediation, if the parties wish to adjourn the conference, they shall file a letter seeking adjournment and proposing another date for the initial pretrial conference by October 20, 2021. If the parties intend to proceed with the initial pretrial conference as scheduled, they shall file a joint letter and proposed case management plan no later than October 20, 2021.

SO ORDERED.

Dated:    October 18, 2021
              New York, New York

                                          Ronnie Abrams
                                          United States District Judge